# DENIED

## BY ORDER OF THE COURT

**AS MOOT**

**2/11/2021**

*[signature: John F. Walt]*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| LUIS PINO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDONE CAPITAL, LLC and GRANT CARDONE,<br><br>Defendants. | Case No. 2:20-cv-08499-JFW (KSx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' _UNOPPOSED_ EX PARTE APPLICATION FOR AN ORDER SHORTENING NOTICE AND RESETTING HEARING ON DEFENDANTS' UNOPPOSED MOTION TO POSTPONE SCHEDULING CONFERENCE FOR FEBRUARY 15, 2021** |

ORDER GRANTING DEFENDANTS' _UNOPPOSED_ EX PARTE APPLICATION

GOOD CAUSE THEREFOR HAVING BEEN SHOWN, based upon the ex parte application filed by defendants on February 11, 2021, IT IS HEREBY ORDERED:

1.    The relief sought by the ex parte application is GRANTED.

2.    Any further memorandum by plaintiff shall be filed within 24 hours of the filing of the ex parte application.   Thereafter, the matter will stand submitted.

**IT IS SO ORDERED**

DENIED AS MOOT

DATED: February __, 2021

_____
The Honorable John F. Walter
United States District Judge

1

ORDER GRANTING DEFENDANTS' *UNOPPOSED* EX PARTE APPLICATION