MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone:  (310) 789-3100
Fax:      (310) 789-3150

RAJ MATHUR (Admitted *Pro Hac Vice*)
rmathur@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Phone:  (212) 729-2051
Fax: (212) 336-8340

Attorneys for Lead Plaintiff Luis Pino

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LUIS PINO, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>CARDONE CAPITAL, LLC and GRANT CARDONE,<br><br>                              Defendants. | Case No. 2:20-cv-08499-JFW (KSx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF DESIGNATION OF LEAD TRIAL COUNSEL FOR PLAINTIFF** |

8097965v1/016789

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

Plaintiff Luis Pino hereby requests that the Court docket be updated to note the change of designation for Lead Counsel for plaintiff from Marc M. Seltzer to Krysta Kauble Pachman.

Ms. Pachman is a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Susman Godfrey L.L.P., and will serve as the lead trial attorney for the plaintiff in the above-captioned action.  She has read and is familiar with the Court's Standing Order and the Local Rules of this Court.

Ms. Pachman's email address is kpachman@susmangodfrey.com and she hereby consents to the service and receipt of filed documents by electronic means.

Dated:  April 26, 2021

MARC M. SELTZER
STEVEN G. SKLAVER
KRYSTA KAUBLE PACHMAN
RAJ MATHUR
SUSMAN GODFREY L.L.P.


By_____*/s/Krysta Kauble Pachman*_____
Krysta Kauble Pachman
Attorneys for Lead Plaintiff Luis Pino

2