JOSEPH N. AKROTIRIANAKIS (SBN 197971)
 *jakro@kslaw.com*
PAUL R. BESSETTE (SBN 139675)
 *pbessette@kslaw.com*
LISA BUGNI (SBN 323962)
 *lbugni@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

JS-6

Attorneys for Defendants
CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUIS PINO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,<br><br>Defendants. | Case No. 2:20-cv-08499-JFW (KSx)<br><br>**CLASS ACTION**<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Courtroom: 7A |

# FINAL JUDGMENT

Having granted Defendants Cardone Capital, LLC, Grant Cardone, Cardone Equity Fund V, LLC, and Cardone Equity Fund VI, LLC's ("Defendants") Motion to Dismiss Plaintiff's First Amended Complaint (ECF 94),

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES** that:

1. Judgment is hereby entered in favor of Defendants against Plaintiff Luis Pino ("Plaintiff") on all of Plaintiff's claims.

2. Plaintiff's First Amended Complaint in the above-captioned action is **DISMISSED without leave to amend**, and this action is **DISMISSED with prejudice** in its entirety.

3. Plaintiff shall recover nothing by his complaint.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: April 30, 2021

_____
John F. Walter
UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 30, 2021 | KING & SPALDING LLP |
|  | */s/ Lisa R. Bugni* |
|  | LISA R. BUGNI |
|  | Attorneys for Defendants |
|  | Approved as to form only: |
|  | SUSMAN GODFREY L.L.P. |
|  | */s/ Krysta Kauble Pachman* |
|  | KRYSTA KAUBLE PACHMAN (280951) |
|  | MARC M. SELTZER (54534) |
|  | STEVEN SKLAVER (237612) |
|  | 1900 Avenue of the Stars, Suite 1400 |
|  | Los Angeles, CA 90067 |
|  | Phone: (310) 789-3100 |
|  | Fax: (310) 789-3150 |
|  | kpachman@susmangodfrey.com |
|  | mselzer@susmangodfrey.com |
|  | ssklaver@susmangodfrey.com |
|  | Attorneys for Lead Plaintiff |