MARC M. SELTZER (54534)
mselzer@susmangodfrey.com
STEVEN SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax:   (310) 789-3150

RAJ MATHUR (admitted *pro hac vice*)
rmathur@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Phone: (212) 729-2051
Fax:   (212) 336-8340

Attorneys for Lead Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LUIS PINO, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br>     v.<br><br>CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,<br><br>            Defendants. | Case No. 2:20-cv-08499-JFW (KSx)<br><br>**LEAD PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

PLEASE TAKE NOTICE that Lead Plaintiff Luis Pino hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on April 30, 2021 (Docket. No. 96), attached hereto as Exhibit A, and the prior orders, rulings, findings, stipulations, and conclusions it encompasses, including the Court's April 27, 2021 Order granting Defendants' Motion to Dismiss the First Amended Complaint, attached hereto as Exhibit B.

Pursuant to Ninth Circuit Rule 3-2(b), Lead Plaintiff's Representation Statement is attached to this Notice of Appeal as Attachment 1.

Respectfully Submitted,

Dated: May 28, 2021

MARC M. SELTZER
STEVEN G. SKLAVER
KRYSTA KAUBLE PACHMAN
RAJ MATHUR
SUSMAN GODFREY L.L.P.

By  */s/ Marc M. Seltzer*
     Marc M. Seltzer
Attorneys for Lead Plaintiff

1