UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

```
FILED
APR 17 2023
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
```

LUIS PINO, on behalf of himself and all others similarly situated,

        Plaintiff - Appellant,

  v.

CARDONE CAPITAL, LLC; et al.,

        Defendants - Appellees.

No. 21-55564

D.C. No. 2:20-cv-08499-JFW-KS
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered December 21, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Quy Le
        Deputy Clerk
        Ninth Circuit Rule 27-7