|   |   |
|---|---|
| 1 | MARC M. SELTZER (54534) |
|   | mseltzer@susmangodfrey.com |
| 2 | STEVEN SKLAVER (237612) |
|   | ssklaver@susmangodfrey.com |
| 3 | KRYSTA KAUBLE PACHMAN (280951) |
|   | kpachman@susmangodfrey.com |
| 4 | SUSMAN GODFREY L.L.P. |
|   | 1900 Avenue of the Stars, Suite 1400 |
| 5 | Los Angeles, CA  90067 |
|   | Phone:   (310) 789-3100 |
| 6 | Fax:       (310) 789-3150 |
| 7 | RAJ MATHUR (Admitted Pro Hac Vice) |
|   | rmathur@susmangodfrey.com |
| 8 | SUSMAN GODFREY L.L.P. |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 9 | New York, NY 10019-6023 |
|   | Phone:  (212) 729-2051 |
| 10 | Fax:      (212) 336-8340 |
| 11 | Attorneys for Lead Plaintiff Luis Pino |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| *LUIS PINO, on behalf of himself and all others similarly situated*, <br><br>　　　　　　　　　　　Plaintiff, <br><br>v. <br><br>*CARDONE CAPITAL, LLC and GRANT CARDONE*, <br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-08499-JFW (KSx) <br><br> **<u>CLASS ACTION</u>** <br><br> **NOTICE OF CHANGE OF DESIGNATION OF LEAD TRIAL COUNSEL FOR PLAINTIFF** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

Plaintiff hereby requests that the Court docket be updated to note the change of designation for Lead Counsel for plaintiff from Krysta K. Pachman to Marc M. Seltzer.

Mr. Seltzer is a member in good standing of the bar of this Court, an active member of the State Bar of California, a partner in the law firm of Susman Godfrey L.L.P., and will serve as the lead trial attorney for the plaintiff in the above-captioned action. He has read and is familiar with the Court's Standing Order and the Local Rules of this Court.

Mr. Seltzer's email address is mseltzer@susmangodfrey.com and he hereby consents to the service and receipt of filed documents by electronic means.

Dated: May 4, 2023

MARC M. SELTZER
STEVEN G. SKLAVER
KRYSTA KAUBLE PACHMAN
RAJ MATHUR
SUSMAN GODFREY L.L.P.


By     */s/ Marc M. Seltzer*
          Marc M. Seltzer
    Attorney for Lead Plaintiff Luis Pino