MARC M. SELTZER (54534)
mselzer@susmangodfrey.com
STEVEN SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax:    (310) 789-3150

RAJ MATHUR (admitted *pro hac vice*)
rmathur@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Phone: (212) 729-2051
Fax:    (212) 336-8340

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LUIS PINO, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Grant Cardone, Cardone Capital, LLC, Cardone Equity Fund V, LLC, and Cardone Equity Fund VI, LLC,<br><br>                    Defendants. | Case No. 2:20-cv-08499-JFW (KSx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION TO SUBSTITUTE CHRISTINE PINO AS LEAD PLAINTIFF**<br><br>**DATE: June 12, 2023**<br>**TIME: 1:30 p.m.**<br>**PLACE: Courtroom 7A** |

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 12, 2023 at 1:30 p.m., or as soon thereafter as counsel may be heard before the Hon. John F. Walter, United States District Judge, in Courtroom 7A of the United States Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Lead Plaintiff Luis Pino's successor, Christine Pino, by and through the undersigned counsel, will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), for an order appointing her as Lead Plaintiff in this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 1, 2023. Defendants take no position on this motion.

This motion is based on this Notice of Motion and Motion, the Suggestion of Death of Luis Pino pursuant to Federal Rule of Civil Procedure 25(a)(1), a Memorandum of Points and Authorities, and the Declaration of Christine Pino dated May 6, 2023. A proposed order is also attached.

Dated: May 10, 2023

MARC M. SELTZER
STEVEN G. SKLAVER
KRYSTA KAUBLE PACHMAN
RAJ MATHUR
SUSMAN GODFREY L.L.P.

By  */s/ Marc M. Seltzer*
Marc M. Seltzer
Attorneys for Plaintiff