1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  STEVEN SKLAVER (237612)
   ssklaver@susmangodfrey.com
3  KRYSTA KAUBLE PACHMAN (280951)
   kpachman@susmangodfrey.com
4  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
5  Los Angeles, CA 90067
   Phone: (310) 789-3100
6  Fax:    (310) 789-3150

7  RAJ MATHUR (admitted *pro hac vice*)
   rmathur@susmangodfrey.com
8  SUSMAN GODFREY L.L.P.
   1301 Avenue of the Americas, 32nd Floor
9  New York, NY 10019
   Phone: (212) 729-2051
10 Fax:    (212) 336-8340

11 Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LUIS PINO, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>Grant Cardone, Cardone Capital, LLC, Cardone Equity Fund V, LLC, and Cardone Equity Fund VI, LLC,<br><br>                    Defendants. | Case No. 2:20-cv-08499-JFW (KSx)<br><br>**CLASS ACTION**<br><br>**SUGGESTION OF DEATH OF LUIS PINO**<br><br>**DATE:** June 12, 2023<br>**TIME:** 1:30 p.m.<br>**PLACE:** Courtroom 7A |

Lead Plaintiff Luis Pino's successor, Christine Pino, gives notice and suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Lead Plaintiff Luis Pino. Luis Pino filed this case on September 16, 2020. The Court appointed Luis Pino as Lead Plaintiff and approved his selection of Lead Counsel, Susman Godfrey LLP, on December 18, 2020. *See* Dkt. No. 33. Luis Pino passed away on February 11, 2023. His daughter, Christine Pino, is Luis Pino's sole beneficiary and successor in interest. Concurrent with this Suggestion of Death, Christine Pino, by and through the undersigned counsel, moves the Court to substitute her as Lead Plaintiff in this case.

Dated: May 10, 2023

MARC M. SELTZER
STEVEN G. SKLAVER
KRYSTA KAUBLE PACHMAN
RAJ MATHUR
SUSMAN GODFREY L.L.P.


By  */s/ Marc M. Seltzer*
       Marc M. Seltzer
Attorney for Plaintiff