| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (SBN 197971) |
| | *jakro@kslaw.com* |
| 2 | PAUL R. BESSETTE (SBN 139675) |
| | *pbessette@kslaw.com* |
| 3 | LISA BUGNI (SBN 323962) |
| | *lbugni@kslaw.com* |
| 4 | KING & SPALDING LLP |
| | 633 West Fifth Street, Suite 1600 |
| 5 | Los Angeles, CA 90071 |
| | Telephone:   (213) 443-4355 |
| 6 | Facsimile:    (213) 443-4310 |

Attorneys for Defendants
CARDONE CAPITAL, LLC, GRANT CARDONE,
CARDONE EQUITY FUND V, LLC, and
CARDONE EQUITY FUND VI, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTINE PINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,<br><br>Defendants. | Case No. 2:20-cv-08499-JFW (KSx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LISA BUGNI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>*[Filed Concurrently with Notice of Motion and Motion to Dismiss; and [Proposed] Order]*<br><br>Date:  September 11, 2023<br>Time:  1:30 p.m.<br><br>Complaint Filed: June 26, 2023<br>Trial Date:  None Set |

DECLARATION OF LISA BUGNI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

# DECLARATION OF LISA BUGNI

Pursuant to 28 U.S.C. § 1746, I, Lisa Bugni, declare as follows:

1. I am a member of the State Bar of California and a partner in the law firm of King & Spalding LLP, counsel for Defendants Cardone Capital, LLC, Grant Cardone, Cardone Equity Fund V, LLC, and Cardone Equity Fund VI, LLC (collectively "Defendants"). I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint. I make this declaration based on firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Cardone Equity Fund V, LLC's Annual Report for the year ended December 31, 2022, filed under SEC Form 1-K on May 1, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Cardone Equity Fund VI, LLC's Annual Report for the year ended December 31, 2022, filed under SEC Form 1-K on May 1, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Cardone Capital Investor Summary Statement for Luis A. Pino, dated June 28, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of correspondence from the U.S. Securities and Exchange Commission to Grant Cardone providing comments on Cardone Equity Fund V, LLC Offering Statement, dated July 30, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2023, at Tiburon, California.



Lisa Bugni