# Exhibit 3



## Investor Summary

Investor: Luis A. Pino Jr
Statement Date: June 28, 2023

### Investment Summary

| Investment Fund: | Cardone Equity Fund V, LLC |
|---|---|
| Total Contributed: | $5,000.00 |
| Class A Units: | 5.00 |
| Value Per Unit: | $1,636.50 |
| IRR: | 18.26% |

#### Distribution Summary

| Date | Annualized Return | Amount |
|---|---|---|
| November 15, 2019 | 4.50% | $23.75 |
| December 15, 2019 | 4.50% | $18.75 |
| January 15, 2020 | 4.50% | $18.75 |
| February 15, 2020 | 4.50% | $18.75 |
| March 14, 2020 | 4.50% | $18.75 |
| June 15, 2020 | 13.50% | $56.25 |
| July 15, 2020 | 4.50% | $18.75 |
| August 13, 2020 | 4.50% | $18.75 |
| September 15, 2020 | 4.00% | $16.67 |
| October 15, 2020 | 4.00% | $16.67 |
| November 15, 2020 | 4.00% | $16.67 |
| December 15, 2020 | 4.00% | $16.67 |
| January 15, 2021 | 4.00% | $16.67 |
| February 16, 2021 | 4.00% | $16.67 |
| March 15, 2021 | 4.00% | $16.67 |
| April 15, 2021 | 4.00% | $16.67 |
| May 15, 2021 | 4.00% | $16.67 |
| June 15, 2021 | 4.00% | $16.67 |
| July 15, 2021 | 4.00% | $16.67 |
| August 15, 2021 | 4.00% | $16.67 |
| September 15, 2021 | 4.00% | $16.67 |
| October 15, 2021 | 4.00% | $16.67 |
| November 15, 2021 | 4.00% | $16.67 |
| December 15, 2021 | 4.00% | $16.67 |
| January 15, 2022 | 4.00% | $16.67 |
| February 15, 2022 | 4.00% | $16.67 |
| March 15, 2022 | 4.50% | $18.75 |
| April 15, 2022 | 4.50% | $18.75 |
| May 15, 2022 | 4.50% | $18.75 |
| June 15, 2022 | 4.50% | $18.75 |
| July 15, 2022 | 4.50% | $18.75 |
| August 15, 2022 | 4.50% | $18.75 |
| September 15, 2022 | 4.50% | $18.75 |
| November 1, 2022 | 4.75% | $19.79 |
| November 15, 2022 | 4.75% | $19.79 |
| December 15, 2022 | 4.75% | $19.79 |
| January 17, 2023 | 4.75% | $19.79 |
| February 15, 2023 | 5.00% | $20.83 |
| March 15, 2023 | 5.00% | $20.83 |
| April 15, 2023 | 5.00% | $20.83 |
| May 15, 2023 | 5.00% | $20.83 |
| June 15, 2023 | 5.00% | $20.83 |
| **Total Distributions** | | **$807.12** |

### Investment Summary

| Investment Fund: | Cardone Equity Fund VI, LLC |
|---|---|
| Total Contributed: | $5,000.00 |
| Class A Units: | 5.00 |
| Value Per Unit: | $1,687.42 |
| IRR: | 24.18% |

#### Distribution Summary

| Date | Annualized Return | Amount |
|---|---|---|
| November 15, 2019 | N/A | N/A |
| December 15, 2019 | N/A | N/A |
| January 15, 2020 | 4.50% | $28.75 |
| February 15, 2020 | 4.50% | $18.75 |
| March 15, 2020 | 4.50% | $18.75 |
| June 15, 2020 | 13.50% | $56.25 |
| July 15, 2020 | 4.50% | $18.75 |
| August 14, 2020 | 4.50% | $18.75 |
| September 15, 2020 | 4.50% | $18.75 |
| October 15, 2020 | 4.50% | $18.75 |
| November 15, 2020 | 4.50% | $18.75 |
| December 15, 2020 | 4.50% | $18.75 |
| January 15, 2021 | 4.50% | $18.75 |
| February 16, 2021 | 4.50% | $18.75 |
| March 15, 2021 | 4.50% | $18.75 |
| April 15, 2021 | 4.50% | $18.75 |
| May 15, 2021 | 4.50% | $18.75 |
| June 15, 2021 | 4.50% | $18.75 |
| July 15, 2021 | 4.50% | $18.75 |
| August 15, 2021 | 4.50% | $18.75 |
| September 15, 2021 | 4.50% | $18.75 |
| October 15, 2021 | 4.50% | $18.75 |
| November 15, 2021 | 4.50% | $18.75 |
| December 15, 2021 | 4.50% | $18.75 |
| January 15, 2022 | 4.50% | $18.75 |
| February 15, 2022 | 4.50% | $18.75 |
| March 15, 2022 | 4.50% | $18.75 |
| April 15, 2022 | 4.50% | $18.75 |
| May 16, 2022 | 4.50% | $18.75 |
| June 15, 2022 | 4.50% | $18.75 |
| July 15, 2022 | 4.50% | $18.75 |
| August 15, 2022 | 4.50% | $18.75 |
| September 15, 2022 | 4.50% | $18.75 |
| October 15, 2022 | 4.75% | $19.79 |
| November 15, 2022 | 4.75% | $19.79 |
| December 15, 2022 | 4.75% | $19.79 |
| January 17, 2023 | 4.75% | $19.79 |
| February 15, 2023 | 4.75% | $19.79 |
| March 15, 2023 | 5.00% | $20.83 |
| April 14, 2023 | 5.00% | $20.83 |
| May 15, 2023 | 5.00% | $20.83 |
| June 15, 2023 | 5.00% | $20.83 |
| **Total Distributions** | | **$811.02** |

065