# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CHRISTINE PINO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,<br><br>Defendants. | Case No. 2:20-cv-08499-JFW (KS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CHRISTINE PINO IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL** |

1

---

I, Christine Pino, declare as follows:

1. I am the named plaintiff in this case and am submitting this declaration in support of the motion for class certification. I have personal knowledge of the facts in this declaration, and if called to do so, could and would testify to these same facts.

2. At all relevant times to this case, I resided in the State of California.

3. On September 23, 2019, my father, Luis Pino invested $5,000 in Cardone Equity Fund V. On November 15, 2019, he invested $5,000 in Cardone Equity Fund VI.

4. My father, represented by Susman Godfrey L.L.P., filed this lawsuit in September 2020.

5. My father passed away on February 11, 2023. Pursuant to his will, I am his sole beneficiary and successor-in-interest.

6. On May 6, 2023, I signed a declaration indicating my wish to continue prosecuting this litigation filed by my father, Luis Pino, and asked the Court to be substituted as lead plaintiff in this case. (Doc. No. 120-3).

7. At my request, my counsel at Susman Godfrey L.L.P. filed a Second Amended Complaint against the Defendants on my behalf, which I reviewed and approved before it was filed with the Court.

8. I understand that this declaration is being submitted in support of a motion for class certification that my counsel intends to file with the Court, seeking an order from the Court certifying the case as a class action, appointing me as class representative, and my counsel as class counsel.

9. I am unaware of any conflicts that I have with any other member of the proposed class. I seek to represent the rights of myself and each member of the proposed class.

10. Since my father's passing and my appointment as lead plaintiff, I have

2

pursued for two and a half years, including on appeal—the claims asserted in this action on behalf of myself and the claims of the proposed class, against Defendants. After this case was dismissed for a second time and before the Ninth Circuit issued its decision on the appeal, I briefly considered withdrawing as the lead plaintiff. However, shortly thereafter I decided that I wanted to continue to pursue this case on behalf of myself and other members of the proposed class. I wish to continue this lawsuit that my father started and believed in. I have continued to work with my attorneys, and, if necessary, willingly appear to testify in person at trial.

11.    I have actively communicated with my attorneys regarding the progress of this litigation and prosecuted in its prosecution over the past two years. Among other things I have:

    a.  Worked with my counsel to respond to numerous interrogatories that Defendants served on me and am assisting counsel in searching for and producing documents in response to Defendants' requests for production;

    b.  Participated in numerous conversations to discuss the factual and legal theories of the case with my lawyers;

    c.  Reviewed the operative complaint and other case materials;

    d.  Stayed informed about other material aspects of the litigation.

12.    In addition, I will make myself available for deposition.

13.    I believe that I will be an adequate representative of the class if appointed as such by the Court. Besides the facts listed above, I am aware of my obligations to the proposed class if I am chosen as a class representative, and specifically, that I owe a duty to all members of the class to make decisions in their best interest. I understand that I am not only representing myself in this case, but also seek to represent all other members of the proposed class. I declare under penalty of perjury under the laws of the United States that the statements set forth

DECLARATION OF CHRISTINE PINO

herein are true and correct to the best of my knowledge, information and belief.

Executed on December 8, 2025, in Menifee, California          .

Christine Pino (Dec 8, 2025 14:59:56 PST)

Christine Pino

4

DECLARATION OF CHRISTINE PINO