MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone:  (310) 789-3100
Fax:      (310) 789-3150

RAJ MATHUR (admitted *pro hac vice*)
rmathur@susmangodfrey.com
MORGAN MCCOLLUM (admitted *pro hac vice*)
mmccollum@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, Fl. 50
New York, NY 10001
Phone:  (212) 729-2051
Fax:      (212) 336-8340

Attorneys for Lead Plaintiff Christine Pino

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CHRISTINE PINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,<br><br>Defendants. | Case No. 2:20-cv-08499-JFW (KS)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>**Motion Hearing Date**: 03/09/2026<br>**Motion Hearing Time:** 1:30 P.M.<br>**Location:** Courtroom 7A, 7th Fl.<br>**Discovery Cutoff Date:** 11/16/2025<br>**Pretrial Conference Date:** 2/12/2027<br>**Trial Date:** 3/3/2027 |

1

PLAINTIFF'S NOTICE OF MOTION FOR CLASS CERTIFICATION

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 9, 2026 at 1:30 p.m., the undersigned will appear before the Honorable John F. Walter of the United States District Court for the Central District of California to move the Court, under the Federal Rules of Civil Procedure 23(a) and (b)(3), for an order certifying the following class:

> All persons and entities who purchased or otherwise acquired interests in Cardone Equity Fund V and Cardone Equity Fund VI pursuant to their public offerings. Excluded from the Class are defendants and their directors, officers, employees, and agents.

Christine Pino ("plaintiff") further moves for her appointment as class representative for the class, and to appoint Susman Godfrey L.L.P. as class counsel.

This motion is based upon this Notice of Motion and Motion, the incorporated Memorandum of Points and Authorities in Support of Motion for Class Certification, the declarations of Marc M. Seltzer, Christine Pino, Paul Habibi, Robert Mills, Morgan McCollum, and accompanying exhibits, filed concurrently herewith, all the pleadings, documents, and records on file herein, and on such other evidence and argument as may be requested or permitted by the Court on this motion.

As set forth in the Memorandum of Points and Authorities in support of this Motion, plaintiff satisfies the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3) warranting class certification. Further, plaintiff meets the requirements for the appointment of class representative and Susman Godfrey L.L.P. meets the requirements of Rule 23(g)(1).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 3, 2025. *See* Doc. No. 171.

DATED: December 10, 2025

By:    /s/ Marc M. Seltzer
Marc M. Seltzer

PLAINTIFF'S NOTICE OF MOTION FOR CLASS CERTIFICATION