MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone:   (310) 789-3100
Fax:       (310) 789-3150

RAJ MATHUR (admitted *pro hac vice*)
rmathur@susmangodfrey.com
MORGAN MCCOLLUM (admitted *pro hac vice*)
mmccollum@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, Fl. 50
New York, NY 10001
Phone:  (212) 729-2051
Fax:       (212) 336-8340

Attorneys for Lead Plaintiff Christine Pino

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CHRISTINE PINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,<br><br>Defendants. | Case No. 2:20-cv-08499-JFW (KS)<br><br>**DECLARATION OF MORGAN MCCOLLUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**Motion Hearing Date:** 03/09/2026<br>**Motion Hearing Time:** 1:30 P.M.<br>**Location:** Courtroom 7A, 7th Fl.<br>**Discovery Cutoff Date:** 11/16/2025<br>**Pretrial Conference Date:** 2/12/2027<br>**Trial Date:** 3/3/2027 |

1

Morgan McCollum declares and states as follows:

1.    I am an attorney licensed to practice law in the state of New York and I am admitted *pro hac vice* in this Court. I am an attorney with the law firm Susman Godfrey L.L.P. and counsel for lead plaintiff Christine Pino. I submit this declaration in support of plaintiff's Motion for Class Certification.

2.    **Exhibit 1** is a true and correct copy of excerpts of the transcript from a December 9, 2025, deposition.

3.    **Exhibit 2** is a true and correct copy of a transcript of Grant Cardone's April 22, 2019 YouTube Video. This transcript was previously filed at Doc. No. 78-3.

4.    **Exhibit 3** is a true and correct copy of a May 5, 2019 Instagram post.

5.    **Exhibit 4** is a true and correct copy of a September 4, 2019 Instagram post from Cardone Capital's account.

6.    **Exhibit 5** is a true and correct copy of a September 12, 2019 Instagram post from Cardone Capital's account.

7.    **Exhibit 6** is a true and correct copy of a September 17, 2019 Instagram post from Grant Cardone's account.

8.    **Exhibit 7** is a true and correct copy of a September 18, 2019 Instagram post from Cardone Capital's account.

9.    **Exhibit 8** is a true and correct copy of an October 16, 2019 Instagram post from Cardone Capital's account.

10.    **Exhibit 9** is a true and correct copy of an October 28, 2019 Instagram post from Cardone Capital's account.

11.    **Exhibit 10** is a true and correct copy of an October 31, 2019 Instagram post from Cardone Capital's account.

12.    **Exhibit 11** is a true and correct copy of a December 24, 2019 Instagram post from Cardone Capital's account.

2

13.   **Exhibit 12** is a true and correct copy of a January 31, 2020 Instagram post from Grant Cardone's account.

14.   **Exhibit 13** is a true and correct copy of February 5, 2020 Instagram post from Grant Cardone's account.

15.   **Exhibit 14** is a true and correct copy of March 2, 2020 Instagram post from Cardone Capital's account.

16.   **Exhibit 15** is a true and correct copy of excerpts of the transcript from the November 21, 2025, deposition of Melissa Harless, former Investor Relations at Cardone Capital.

17.   **Exhibit 16** is a true and correct copy of a July 30, 2018 letter from the SEC to Cardone Capital.

18.   **Exhibit 17** is a true and correct copy of an August 1, 2018 letter on behalf of Cardone Equity Fund V to the SEC.

19.   **Exhibit 18** is a true and correct copy of a document bates stamped BR00014.

20.   **Exhibit 19** is a true and correct copy of excerpts of the transcript from the November 19, 2025, deposition of Adam Helmker.

21.   **Exhibit 20** is a true and correct copy of a March 16, 2020 email produced by Defendants.

22.   **Exhibit 21** is a true and correct copy of Cardone Equity Fund V's Form 1-K filed April 12, 2021.

23.   **Exhibit 22** is a true and correct copy of the July 2, 2018, preliminary offering circular for Cardone Equity Fund V.

24.   **Exhibit 23** is a true and correct copy of a November 5, 2018, correspondence from Cardone Capital to the SEC.

25.   **Exhibit 24** is a true and correct copy of an email from Melissa Harless to Courtney Jared Bannan and Paige Perrone, Bates stamped

DECLARATION OF MORGAN MCCOLLUM

CARDONE_CAP_00000626.

26.    **Exhibit 25** is a true and correct copy of a document titled "Action Plan and Written Social Media Compliance Manual," Bates stamped CARDONE_CAP_00000615.

27.    **Exhibit 26** is a true and correct copy of Cardone Equity Fund V's August 1, 2018 correspondence to the Securities Exchange Commission.

28.    **Exhibit 27** is a true and correct copy of Cardone Equity Fund V's November 5, 2018 correspondence to the Securities Exchange Commission.

29.    **Exhibit 28** is a true and correct copy of a document titled "Going Concern – Documentation of Management," Bates stamped KR001377, which was produced by Kaufman Rossin pursuant to a third-party subpoena.

30.    **Exhibit 29** is a true and correct copy of excerpts of the transcript from the December 8, 2025, deposition of Robert Kaufman, a corporate representative for Kaufman Rossin.

31.    **Exhibit 30** is a true and correct copy of Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories.

32.    **Exhibit 31** is a true and correct copy of Luis Pino's Subscription Agreement for Cardone Equity Fund V, Bates stamped CARDONE_CAP_00017737.

33.    **Exhibit 32** is a true and correct copy of Luis Pino's Subscription Agreement for Cardone Equity Fund VI, Bates stamped CARDONE_CAP_00017681.

34.    **Exhibit 33** is a true and correct copy of the December 11, 2018 Offering Circular for Cardone Equity Fund V.

35.    **Exhibit 34** is a true and correct copy of the September 26, 2019 Offering Circular for Cardone Equity Fund VI.

36.    **Exhibit 35** is a true and correct copy of the September 26, 2019

4

Operating Agreement for Cardone Equity Fund VI.

37.    **Exhibit 36** is a true and correct copy of the December 31, 2019 Operating Agreement for Fund VI.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of December, 2025, in New York, New York.

By ___*/s/Morgan McCollum*___
Morgan McCollum

5

DECLARATION OF MORGAN MCCOLLUM