# EXHIBIT 1

# FILED UNDER SEAL
Pursuant to Order of
the Court Dated
December 11, 2025