# EXHIBIT 2

<u>Transcript of Grant Cardone's April 22, 2019 YouTube Video</u>

00:03
welcome back to real estate investing

00:05
made simple grant cardone here in the

00:07
cardones on every Monday I come to you

00:10
to talk about I believe what I believe

00:12
what I believe is the most important

00:14
thing that you can do in your life

00:17
after you earn income is to invest it so

00:20
that you can earn more passive income

00:23
than your earned income okay today what

00:26
I want to talk to you about today is how

00:28
and would you earn $1,000 a month $1,000

00:36
a month without working for it

00:37
how would you earn $1,000 a month and

00:40
this is a great goal okay

00:41
now there's a formula there's a formula

00:44
because all of you asked calling up said

00:45
hey do what do I got to do to earn a

00:47
grandmother a lot of people ask this

00:49
question what I got to do to earn $5,000

00:52
a month how much money do I need to put

00:55
in Cardone capital or how much money do

00:57
I need to put in my own deal whatever

1

01:00
the case is to earn a thousand how many
01:02
times do we get this called a hey I want
01:05
500 bucks a month how much do I need to
01:08
put in I want a thousand a month
01:09
Steve spray I was just using the
01:10
restroom on the way to the show today I
01:12
said Steve would I pay you last month
01:13
Steve was paid thirty one hundred and
01:16
twenty dollars last month because he
01:19
invested at Cardone Capital dot-com
01:23
Cardone capital dot-com Cardone capital
01:25
com okay so what I'm gonna do today is
01:28
I'm gonna show you I'm just gonna go
01:30
behind the scenes and show you guys
01:32
exactly what we do Cardone capital and
01:35
then I'm gonna bring you to a place
01:37
where you can see this is a list of our
01:40
investors there's actually a main here's
01:42
actually a list there's no names yeah
01:44
but that was a list of the individuals
01:46
like how much they invested and how much
01:47
their distribution was real okay so
01:49
there's a list of the thousands of

2

people that invest money with me front
and back and what they were distributed
last month okay so here's a gentleman
learn 375 dollars one-step properties
for sixty nine seven degrees north they
created an LLC by the way they took they
got their name off of the title the deed
the property
some of you right now you're not playing
on what you're gonna leave your kids
alright when my dad died I got a ring
from it okay when I died my dad my kids
are gonna get LLC's partnerships deeds
and titles and they gonna get checks and
other checks gonna go the Jets gonna go
away they're gonna get things that are
valuable not things that take fuel
things that provide fuel okay
a couple questions I want to have if
you're watching YouTube right now if
you're on YouTube I want to know what
would you do with an extra grand a month
then you didn't have to work for what

3

02:42
would you do with five thousand dollars
02:43
a month I want the answer those two
02:45
questions what would you do with a grant
02:46
what would you do with five thousand
02:48
dollars a month
02:49
fine yeah what would you do right
02:52
would you are last month by the way for
02:55
it 4450 so almost forty five hundred
02:57
dollars forty four hundred fifty dollars
02:59
yeah and I've got 1.2 million dollars in
03:01
okay so so let me just do the math on
03:03
that
03:03
it's especially one point one in forty
03:05
four fifty that's in one month one month
03:08
he should get that check every month by
03:10
the way times 12 so multiply times 12
03:15
and assume that he continues to get I
03:17
can't promise that
03:18
nobody knows what's gonna happen next
03:20
month but the assumption would be he
03:21
would get at least that next month and
03:23
then I'm gonna divide that by one how
03:25
much you got invest in 11.1 exactly it's

4

one point one to six so he earned he

earned last month if that continues here

in 4.8% on his 1 point 1 million dollars

okay now here's the very important thing

to learn you're like oh I could do

better than that really where I'd like

to know where you can do better than

that by the way he didn't what you don't

know is this is 3x his original

investment so as you get bigger returns

as you get scores that's a score he had

a score he took four hundred grand this

was four hundred thousand all right

that's correct you put in to deal with

me turn into 1.1 he earned a ton of

money here almost forty percent a year

is how this ended up being per year that

is not a mistake I'm just giving you

that here in 40 percent of year on that

investment

forty percent a year which is how much

is that a month four or five

and unloved for four and a half percent

5

per month on that first deal he took

that money he then rolled it into the

next deal 1.1 million distributed him

4.8% how much cash would you tell me

four thousand four hundred and fifty

bucks four thousand four hundred and

fifty dollars now we expect that that'll

do that in April it'll do it in May

it'll do it in June it'll do in July

okay I don't know if it will or not

hopefully it'll do in December now

there's a more likely chance that those

those payments are gonna actually go up

over time particularly a year or two or

three years from now because he invested

in the property behind me aren't you in

delray not yet no but I will be yeah all

right so me I'm in Gables Grandview 458

units in Austin Texas uh-huh and I

personally believe that when I invest

that 1.1 million dollars in there

I think it's worth three million dollars

plus that's the kicker like like for me

6

what I want to do with - I wonder what

he's telling you right now is this okay

he this is what he just said

this is great the 44 50 what are you

gonna do with the money by the way so I

think that's what I want to know think I

think I think I'm gonna get a Porsche

he's gonna go back hard with it by the

way nothing wrong with doing that I mean

my principles work it for me go spend

the principle don't spend your hour

earned money yeah

trading hours for money on a Porsche I

always say this do once you have passive

income coming passive income money that

I don't have this is what Jordan did

wrong he's busting his ass on the phones

to make money and then he goes and

spends it on Porsche yeah Bush your ass

take the money don't spend it on a

Porsche put it in an asset like the one

behind me that will pay for your Porsche

this isn't his time now huh okay Porsha

7

okay so so now the the important thing that he said right here his 1.1 million right here he said that most of you did not get because you're like what would I do with this much money this is probably worth 3.3 million dollars today so a lot of you are looking at just the return you're like I'm going to go for a seven or eight percent you're buying garbage you're buying junk I'm telling you I've been doing this for 30 years I bought junk and junk is good until the economy collapses okay and you don't want you don't want rent that did you know you don't want properties that rent for 5,000 a month because when the when the economy collapses when things pull back the the people that are paying five grand can't pay that either okay you want something in between you want something moderate okay so let me just read some of these other names here here's Aaron Aaron got one to check from

8

07:10
it so he must have invested twice a
07:12
non-accredited investor I paid him last
07:14
month this is what my associate paper
07:17
says 108 75 that's how much that's how
07:22
much he paid him out $180 187 and he
07:25
invested twice I paid that to him twice
07:27
now what would you do with that money
07:29
what would you guys do if you earn an
07:31
extra 200 bucks a month you or not I
07:33
mean like dude I could start putting two
07:35
hundred sixteen dollars a month into a
07:38
college thing if you're gonna send your
07:39
kids to college
07:40
two hundred sixteen dollars my kids are
07:42
seven years old if I wanted my kids to
07:44
go to college which I don't - sixteen
07:46
how old are they seven years old they'll
07:48
be going to college in 11 years 11 years
07:50
times 12 is what 141 months times 141 I
07:54
would have to 16 times 141 months I'd
08:00
have 30,000 $456 send them to college
08:04
one one year or maybe this grows maybe
08:08
by the time they go to college I'm

08:09
selling the deal and they've got their
08:12
you got your two sixteen a month Aaron
08:15
got his two sixteen a month doesn't seem
08:18
like a lot give me to 16 months see what
08:20
I do with it what would you do with your
08:22
money focus Lucas Frank current so Frank
08:24
current invested with us he's a partner
08:26
with us he got 456 bucks this month yeah
08:29
Frank Burns said what he said is he's
08:31
gonna go and he's gonna buy his nanny a
08:34
car and pay the monthly payment yeah
08:37
won't be a Porsche
08:41
$108 3375 dollars $188 $1,280 to Adam
08:47
can I say Adams last name grant one of
08:50
the really cool stats that you did is
08:52
you sent out a graduate you sent out 1.2
08:54
3 million in distributions last month
08:57
okay oh here's the guy here's the guy no
09:01
no no no here's a guy that got three
09:04
hundred seventy-five dollars out of
09:05
court of equity fund five guess what his
09:08
name is Grant Cardone right here three
09:15
hundred seventy five dollars okay now

10

there's another deal that's a little older

Audubon my check last month with ninety five thousand dollars this is my list right here okay okay here's another one Harbor portfolio two hundred and forty four thousand six hundred ninety five dollars I'm telling you guys that to explain to you dude this is where I started right here with four hundred fifty six dollars okay two hundred forty four thousand six hundred ninety five dollars Wellington about that deal five years ago fifty eight thousand six hundred and forty five dollars last month I'm bragging now Integra one hundred and eight thousand seven hundred and two dollars trellis fifty eight thousand that property's never even perform that will trellis in Savannah but ten more times if I could here in Point even pay me ten grand last month okay now what do you how do you figure

11

this this is how you figure this this is what we did last month last month we distributed we raised one hundred and eighty million dollars you're gonna grab this this is the piece we're gonna grab we raised one hundred eighty million dollars from investors brothers sisters uncles aunts employees executives friends social media people okay we distributed last month 1 million two hundred and thirty five thousand some odd dollars okay that's not exactly I don't know the exact number but I'm around this off know that I'm around any off of telling you up front I'm rounding off okay how do you figure what that return is investors did not buy the deal didn't fund the deal didn't find the deal didn't finance the deal or not on the debt for the deal I'm on the debt for the deal this bought by the way five hundred and forty million dollars worth of assets okay

12

11:10
there's a important point so when you're

11:12
calling up and you say Melissa what is

11:15
my return last month and they tell you

11:16
the return you can just do the math here

11:18
one two three five zero zero times

11:20
twelve that's one month it happens every

11:23
month equals 1 million I'm sorry 14

11:27
million eight hundred and twenty

11:31
thousand okay this show is by the way is

11:34
for our investors as much as it is for

11:36
new people that are considering coming

11:38
into Cardone capital com if you do the

11:40
math on that what were your total

11:42
distributions last month if I take that

11:44
number I'm sorry total distributions

11:47
will want to and I take the total number

11:49
annualize it and say okay based on what

11:53
they did last month this year they're

11:55
going to distribute I'm gonna distribute

11:57
14 million dollars to our investors I'm

12:02
one of those investors divided by one

12:04
hundred and eighty five million dollars

12:06
is how you do it and you will see that I

13

did I am on schedule to do eight point
two three percent return okay now if
you're on the investor's relations team
in your life we didn't pay eight point
two percent two percent to run which
runs number ryan's number was what 4.8
4.8 percent so ryan calls up and says
hey wait a minute dude why do you get
what why did i get four point eight
percent dude and you and you do it on
your show dude when you show dude you
said four eight point two my sister will
be making this phone call where's my
goddamn eight point - yeah my sister be
the first one to call okay
dude if you were in every fun that I've
done this would be your blended return
over the complete fine okay but you have
to be in every fun the one that Ryan is
in the painting four point eight the
deal is two months old
so as deals
sure kind of like you have as you mature

14

in life until some point you're too old

as you mature when you find the sweet

spot is where you get paid the top money

okay so you got a mature so so the

property estimate sure we're looking at

the deal right now let me just show you

this deal can you get it can you buzz in

on this deal this thing is stupid okay I

walked it this weekend second time I've

been to the property okay 500 in one

units one hundred and forty million

dollars okay cross for the B BT here in

Miami in Fort Lauderdale you got callers

we got them loaded up okay all right

look at this property I would live here

I would live here two swimming pools

thousand square foot units most

everything it's secure gating very very

sick $1,700 a month rents rents are not

unaffordable okay palm trees all over

the place they look kind of big when we

buy that deal it's going to be a like a

four and a half percent return it's

gonna be four and a half percent I'm

going to get it to six and at some point

it will be eight point three but it

takes time

all right you got a guy's what will you

do with passive income if I paid you

$1,000 a month how do you do the math by

the way okay if I want to pay you $1,000

a month this how you did the math this

is how started the show you want to earn

$1,000 a month thousand dollars a month

there's 12 thousand dollars a year five

thousand a month to sixty thousand a

year you take that number and you divide

it by the return all right so how do I

do it I want to earn $60,000 a year

without busting my ass 60 grand a year

divided by the return the expected

return point oh six you would need to

give me 1 million dollars 1 million

dollars and I'm gonna pay you 60 grand

guy came in last week he says hey grant

I got 5 million dollars to invest what

16

am I gonna earn a month in one second I told them in one second what the earnings would be don't tell anybody what would here based on what I just said in this show as soon as I told him what he would earn a month he's like who do I give the money to he was here a total of what one hour 45 minutes us shooting the he's like what I get the money $25,000 a month that's what he's gonna he's gonna earn $25,000 a month 300 grand a year without doing any work he's already done his work folks this is what rich people do they do their work to earn the money and then they take the money and say go to work work work and work euros work pounds we take money from all over the world rands rands run from Africa to America and get a stop it ain't granting just just really quick though that fun that that existing go to work that example you gave this for the just for

17

16:16
the viewers yeah you're running that off
16:18
of fun for which is the accredited fund
16:20
so what about so so so the target for
16:24
both funds is four to six percent but on
16:26
fund for there's a prefer return so that
16:28
investor came in is he was an accredited
16:30
investor so you were you were given the
16:32
example of six percent the deal is going
16:38
to do that it's important we're buying
16:39
deals scheduled to make six percent so
16:42
so look the reality is this this guy
16:44
this is what's gonna happen with this
16:45
guy okay this guy it didn't matter where
16:49
they're accredited not accredited you
16:50
guys come in any way you want I created
16:52
that non-accredited fun at my expense so
16:54
you guys could come in you're going to
16:56
get treated just like everybody else in
16:57
a but at the end of the day you are
16:59
going to make six percent of your money
17:01
okay Suman I bought the property right
17:03
assuming the cash flows assuming the
17:05
world doesn't go to hell you will earn

18

17:06
six percent of your money and then when
17:09
I'm done paying you six I'm gonna pay
17:11
you another nine on top of that because
17:13
that's what a good uncle does you're
17:15
gonna walk away with a fifteen percent
17:17
annualized return if I'm in that deal
17:19
for ten years you're gonna earn one
17:21
hundred and fifty percent on your money
17:23
you can tell the SEC that's what I said
17:26
it would be they call me uncle G and
17:30
some people call me Nostradamus
17:32
because I'm predicting the future new
17:35
this is what's gonna happen that guy
17:36
that's going to give me five million
17:37
dollars this is what's going to happen
17:38
I'm gonna give this dude three hundred
17:42
grand a year for the next ten years I
17:46
will have paid him back three million
17:49
dollars on his money how to
17:50
distributions alone before we sell this
17:53
property I'm gonna then sell the
17:54
property I'm probably gonna get the I'm
17:57
probably gonna get this to be more than

19

three hundred grand a year because

everything over six percent guess what

grant gets a little piece okay every

time I get two percent over the six

guess what I get paid Oh point thirty

five percent times 0.02 I get point zero

zero seven one of my favorite numbers

because when I was a kid I wanted to

beat double-oh-seven

okay no watch check it out this is how

you get rich rich okay point zero zero

seven times five million dollars it's

thirty five thousand dollars a year I

earn thirty five thousand dollars to pay

him back the six plus 1.0 ninety three

whatever the number is right and this is

for fun this is for fun for fun for

right guy so fun five is set up a little

bit different you get into specific does

not matter that is not necessary okay

I'm going to run fun five right behind

fun for you you're worried about this is

what this is what we're focused on right

19:06
here fifteen percent all right okay this
19:10
is what hey if you guys know better way
19:12
to do this if you guys know a better way
19:13
to do this you need to go do this
19:14
yourself okay most of you will bye bye
19:16
duplex you got five grand you guys did
19:19
not are non-accredited I am doing you
19:21
the favor of the universe okay you got
19:23
five grand what can you buy with five
19:25
grand
19:25
nothing Kenny buy a car with five grand
19:27
what's your poor ship want for a
19:28
downpayment big hotshot Porsche with
19:31
your tail showing up you would go to
19:38
this site what's the down payment on a
19:40
Porsche I don't know 20 grand yeah
19:42
exactly so so what can you buy with
19:44
$5,000
19:45
okay you guys that are you guys that are
19:47
gonna put $5,000 down you know what
19:49
you're gonna earn 300 bucks a year okay
19:51
that's fifty bucks a month 300 bucks a
19:53
year

19:54
oops what we need to do is throw this
20:00
thing away 300 okay what is that 50
20:05
bucks a month okay now I know some
20:07
people that don't respect $50 a month
20:08
you cannot do anything in real estate
20:11
with 5 grand folks it's just not
20:12
possible you could buy a house but a
20:14
house won't pay you 50 bucks a month
20:17
what would you do with 50 bucks a month
20:19
you put 50 bucks on this table right
20:21
here right now okay it'd be two guys two
20:26
guys that either gonna be at this $50
20:28
faster than any other two guys in the
20:29
room and Ryan will be one of them rhymes
20:33
too busy on the Internet
20:34
you put $60 you put 60 dollars on the
20:37
table me and Johnny me and Johnny be on
20:39
that money so fast what you gonna do
20:45
with an extra 50 bucks a month same for
20:47
you kids folks okay let's talk to our
20:51
colleagues Cody what's going on hey
20:57
what's going on man yeah man how you
20:58
doing sorry I had you on hold so long oh

22

21:03
yeah you it's your turn dog let's talk
21:05
you got a dealer you got it you got a
21:07
question
21:12
yeah it's me my dog yes I've got an 84
21:17
unit on Little Rock Arkansas the Midwest
21:20
okay where houses are cheap here yeah
21:24
okay 84 units the in own and I is 425
21:30
gross okay no that's the gross the in
21:34
Owen eyes 142 142 Noi yes and I'm having
21:39
trouble with my senses they're operating
21:41
at 65% yeah because they're probably
21:43
what is this you're all one one yeah
21:47
yeah well what's happening is the guy
21:49
that owns this deal is hammering it with
21:51
the expenses so he doesn't pay income
21:52
because there's no way the expenses that
21:54
high
21:55
don't worry about what they're showing
21:56
there there there by the way these
21:58
people are very honest they're showing
22:00
you what they're reporting to the IRS
22:02
rather than in inflating the numbers
22:04
this could be to your advantage

23

22:06
okay but they're hammering the deal so
22:09
they don't pay the IRS income right
22:11
right okay so it's it's a it's if you're
22:15
a no ads 142 what are you willing to pay
22:17
for this thing well I don't want to pay
22:22
more than 330 million yeah 32 a door
22:26
that comes up to 2.7 okay I'm gonna use
22:29
this is it how many units is 84 84 units
22:33
okay good
22:34
so 84 yeah I don't know what's the rent
22:38
Bobby that's a pity okay so I got income
22:49
at 4-4 98 what do you have total income
22:52
at total income was force see I had it
22:58
498 I just did the math on what you told
23:02
me right okay so they're there vacancies
23:04
a little higher than then it should be
23:05
okay I'm gonna take this yeah I'm gonna
23:07
take this duty to I'm gonna take this at
23:09
250 this thing should be doing two
23:11
hundred forty eight thousand dollars a
23:14
year in income in Noi okay no that
23:18
wouldn't act that they're not huh
23:20
what occupancy are used for that ninety

24

percent gotcha so I'm gonna have eight
units you want to beat it down you want
to beat it down from there I don't think
my number let me let me I'll use your
425 number because if you're going to go
in to buy the deal you you got to
improve the deal I mean you've got to
make the deal better so this income this
expense should be to twelve I know I can
operate that deal for fifty percent or
less so I'm gonna make 212 nos to twelve
to twelve divided by what kind of return
you won on the deal at least eleven cab
because my debt serves the thick six and
a half yeah now you see this is very
interesting what he's saying his
interest payments are going to be higher
than our expected return our cap rate
okay his interest rate because he's
going to get bad
it's not terrible debt but what do you
want to pay for it
no more than three yeah yeah I think

you're a to six dude to six cats you 2.6 million dollars to 625 get you an eight cap right not only around 30 add or maybe a little bit less than 30 a door and I don't see him going for that load you don't need to worry about what he'll do then he might have paid three thousand dollars the door there don't worry about that just make him an offer how much cash you have how much cash are you sitting around with I don't have any cash I raise funds and that's another question it's harder to get these people involved in these smaller deals the people with the network that I've had so far did they just don't want to play this small yeah I'm trying to you know just find what I can you know yeah look all you need on this deal you need financing on the deal right you do need a down payment on this deal you guys want to make money in the multifamily

deal you're like man I could under 8% on

this yeah but you got to find the deal

by the deal fund the deal and manage the

deal but I'm gonna tell you something

you can make a bunch of money on this

deal get in and get out of it you just

got to figure out how to raise the money

let's talk to our next caller

you need 800 grand he needs eight

hundred grand to buy that deal by the

way that's what it's gonna take to buy

that deal his big issue is not getting

the guy to sell four to six the guy will

sell four to six the big issue there is

he's got to get a bank to give him a

loan and he's got to find eight hundred

thousand dollars buy that deal Jason

what's up and if you have the time in

the energy and the Glock to go do this

deal and the funding and the financing

and and and you can raise the eight

hundred you guys should be doing these

deals I'm telling you you're going to

make a shitload of money doing these

deals and take care of your family

you'll give your kids you give your kids

bet more than purses and shoes you'll

give them LLC's and deeds and titles you

know look at my Gucci look at my Gucci

okay look at my watch how about fancy

watches it ain't me buying it trust me

you guys see me picking up Philip okay

the real estate pays for Philip man you

pay too much for that Patek I didn't pay

anything for the padding Jason what's up

Nathan uncle-ji what's going on oh man I

might put a richard on my card

Jedi guys hey man I got a deal for you

good give it to me man okay man I just

ended up selling the truck down here

Houston Texas we've got a little extra

cash and I've got 298 units okay the end

oh and my eye is gonna be two point two

million two point 250 can point to okay

two point two and oh oh and I that we

report to the Ida are in the ass okay go

28

ahead yeah yeah yeah we got about

average-risk about fixing it right now

it's how much is part of it damage is

1,600 oh dude where is this this is in a

heart of the Galleria area you've got my

you got my intriguer up my intriguer

is stimulated I got a narrator on my

intriguer

so man we like I said I made some money

from my trucking company and I got some

friends of mine that's kind of partnered

up with me yeah man we're looking at

parts of capital and just let's see how

things go

yeah yeah you got an address on this

property

yeah 5250 Broadway

5250 you got see other cars hang on here

God God made me a deal 5250 what man

Brown way Brown way is it called that

can't be it I know the m2 50 dude this

isn't the m-52 50 is it get third what

you doing man you came by this man we

29

28:19
keep back

28:21
no you can't buy this yeah I've been on

28:22
this pill already okay this deal is a

28:24
crazy deal now dude if you're I'm gonna

28:28
tell you the number that I said that

28:29
this deal needs to be bought at Ryan if

28:32
I remember right this deal hey don't say

28:35
it don't say anything

28:36
I know what they want for that deal cuz

28:38
I've been on this deal I've been in this

28:39
deal I've been on the property three

28:42
times we've been in the units I've been

28:44
out on the damn poachers

28:45
okay Dubai my boy oh yeah I mean they're

28:50
not gonna sell it this nope didn't they

28:52
pay eighty to what they pay for this

28:55
deal

28:55
eighty two million dollars / it's so

28:58
stupid number they say they paid three

29:01
fifteen a door they were talking about

29:05
the two seventy five million unless you

29:08
this thing's worth twenty eight million

29:09
bucks bro which is two thirty five yeah

30

this thing yeah yeah we were I think we were to fifteen or something to do or yeah so okay so we got issues right you like that deal I do I mean I love it you say it don't big or go home that looks like time thought it'd be around for the next thirty years yeah it's gonna be hard though it's gonna be a hard deal it's gonna be a hard deal the whole time it's gonna be a hard deal two locations great up to a point if something happens to the Galleria you in trouble with Lutheran across the street from the Galleria it's got that little it's got that little auto supply house and whatever that little Jiffy Lube is right across the street that's terrible okay they loaded it up with a bunch of drug addicts when they first when they first rented the place drug dealers and drug addicts and and hos and pimps right didn't they it's a high-rise I mean it's unbelievable you

31

could never build it again but you need to steel that deal to buy that deal so you think it's a feather on this deal huh I think that deal is how are you gonna get all the money to buy this deal man man we got nine million you got what we figure we'll need about 14 to get 30% down to get to 45 million I'm affordable that's that's my number 45 million dollars is what I'd pay for that deal how much is that a door right 45 million dollars divided by 100 150 $1,000 go I'll buy it right now I got if you can get the knee I'll tell you what I'll do I'll put the 15 million dollars down I'll get the financing on the deal and I will give you one percent ownership in the property hey guys you got a question you got a deal this is the place to call you want to be you want to invest with me you want to be a partner with me you want to buy your own

juice it doesn't matter to me I'm gonna

go do my deal anyway this is what I'm

gonna do I'm gonna build a ten billion

dollar real estate portfolio I'm just

gonna lay the whole thing out for you

ten billion dollars I'm gonna raise

three billion dollars to do that okay

we're gonna pay out 180 million dollars

a year in distributions this is my new

goal

I'm gonna send investors Johnny Sheila

Melissa Bob hammer GC blah blah Ryan I'm

gonna distribute a 180 month I'm gonna

distribute six percent there's a three

billion dollar raised I'm gonna keep

this portfolio until we sell this

portfolio for thirteen billion dollars

we're gonna make three billion and we're

gonna distribute that guess what I'm

gonna get 35% of that and that's gonna

make me 1 billion dollars you see the

math okay I'm about ten billion dollars

where the real estate I'm gonna raise

33

31:58
three billion to do it three billion I'm
32:01
gonna go get the loan for the other
32:02
seven billion I'm gonna distribute a
32:04
hundred and eighty million dollars a
32:05
year while I do this is that right
32:08
what's six percent times one times three
32:16
billion the numbers get so big it's like
32:18
I got to do the math more than once yeah
32:24
yeah it's 180 million dollars yeah okay
32:27
I'm gonna distribute 180 million dollars
32:29
a year how much is that a month y'all
32:33
never help me man 15 million a month I'm
32:35
gonna send out 15 million a month you
32:36
know what I'm sending out right now 1.4
32:39
of 1.2 million so I'm gonna 10x that I'm
32:43
gonna do I'm gonna deliver 15 million
32:45
dollars a month to the people that give
32:48
me 3 billion dollars I know I'm gonna
32:50
raise the 3 billion not even the
32:51
question okay I'm gonna raise 10 billion
32:54
I know I can get the loan sport I know I
32:55
can find the deals the guy calling me in
32:56
about em 250 250 I've already been in

34

32:59
the deal right so so I have the energy
33:01
to do this
33:02
know how to do it I got a good name I
33:03
can get the debt now I'm gonna take the
33:06
10 billion dollars for the real estate
33:07
I'm going to distribute this every month
33:09
for the next 10 years I will distribute
33:13
1.8 billion dollars in cash to people
33:18
that gave me three billion sixty percent
33:21
of their investment has been returned
33:25
huh
33:27
okay one hundred eighty million year
33:29
okay then watch this times 10 years is
33:32
1.8 billion of the 3 billion 60% of
33:37
their money has been returned with me
33:39
everybody tracking me you're tracking me
33:41
right here I don't think everybody is
33:46
I'm then gonna sell the property not for
33:49
20 billion I'm gonna sell for 13 billion
33:54
that will be a 100 percent gain on the
33:58
properties I paid 10 I put down 3 myself
34:05
or 13 that is a 100% gain plus the 60% I
34:12
paid back the investors a 160 percent

34:14
gain okay so watch watch what happens
34:17
here I have 1 billion dollars now to
34:20
distribute to my investors this is how
34:23
the game works
34:24
65% gets paid out to the investors 650
34:29
million dollars three hundred fifty
34:32
million dollars three hundred fifty
34:36
million dollars of every billion dollars
34:37
gets distributed to grantee because
34:42
grantee did a good job E but we're not
34:44
talking about 1 billion dollars we're
34:46
talking about 3 billion which makes me a
34:51
Billy killer
34:54
okay and I'm just gonna make a whole
34:57
bunch of other people a bunch of money
34:58
is what its gonna do while you're
35:00
working your job you're being an
35:01
accountant a waitress okay are you
35:04
attending a bar you're a car salesman or
35:06
you're a car dealer I know Courtney
35:08
learn buddies I got a buddy of mine
35:09
running 14 car dealerships he's like I'd
35:11
love to do this I don't have time and I

36

got 14 car dealers so I'm about to go

crazy right now

okay card on Capitol calm card on

Capitol calm card on Capitol calm car

down Capitol calm available for

non-accredited and accredited investors

okay for cash equity in your homes

REITs 401ks not REITs 401ks and IRAs

self-directed you can invest with this

next quarter no more callers no more

colors what winner

we got winners all over the place just

people listening to the show or winners

do me a favor what would you do with a

thousand dollars a month what would you

do with a thousand dollars a month

Tanisha went from 12,000 a month to

30,000 a month in 30 days after the 10x

growth conference by the way if you want

to grab a seat to the 10x growth

conference Tanisha I will contribute

$100 Tanisha because you commented on my

youtube channel when you reserve your

next seat Tanisha to my next 10x growth

conference I will contribute $100 cash

when she does that to the seat at the

next 10x growth conference location and

date not disclosed okay the only seats

you come out right now folks are VIP

diamond and premier seats it's the only

seat you can buy right now you will not

know a date and a location those seats

will be sold out before anyone knows

where or when or how am I gonna do if I

can go you'll know you're gonna go when

you commit to whether you're going to go

or not you will then go wherever it is

that you have to go I remember when I

was getting sober I was getting off with

drugs that I would go anywhere there was

a meeting

I drove 45 minutes two hours wherever I

had to go call me and tell me where the

meeting is

and I will go there I remember being on

drugs I'd go anywhere then - where's the

drugs where is it I'm committed I'll go

there so you guys go you know you know

when you're when you're doing the wrong

stuff you'll go anywhere when you're

doing the right stuff you won't go

you won't even leave your house stupid

man okay you guys want to get rich you

got to change your mind

you got start taking actions and you got

to find the right vehicle listen to me

you have to find the right vehicle hard

work will not get you rich what you

invest your money in the only thing that

ever gets anybody rich is what they

invest their money and Mark Zuckerberg

did not get rich because he invented

Facebook he got rich because he stayed

in Facebook right Warren Buffett did not

get rich because he's an investor Warren

Buffett got rich because he made a

massive investment in a company called

coca-cola in the company that produces

cash flow because it sells coca-cola

38:00 over long periods of time okay

38:04 all right please do me a favor man just

38:11 like the goddamn channels 2,000 people

38:15 2,000 people give me the little click

38:19 YouTube sends me a little plaque for a

38:21 million I got a million subscribers I'm

38:25 a giver senator later question is are

38:27 you gonna help me get there or not all

38:28 right

38:28 in the meantime by the way even if you

38:30 don't like the channel put down there I

38:33 don't like it I don't like you comment

38:36 come in I need some hate comments I want

38:39 some negative negative negative comments

38:41 I want to see how good your negative God

38:43 okay I'm gonna see some creative

38:45 negative going down in the comments

38:48 hating on your damn Punk dude at least

38:51 you got an uncle at least you got enough

38:52 okay I need to see your comments be

38:55 negative I mean negative

38:57 negative negative negative I want to see

39:00 you go negative on me okay you go

39:02
negative on me I still send you a check
39:03
every month when you're vested card on
39:05
Kappa I don't give a how you like
39:07
me enough all I do is what I want to pay
39:10
you man check it out man my goals are
39:12
big okay check this out my goals are big
39:15
$10,000,000,000 i'ma build a ten billion
39:18
dollar company and you guys are gonna
39:19
help me guess what I'm gonna pay you
39:22
shitload of money to buy assets it you
39:25
can't buy yourself everybody wins in
39:27
this deal you don't need to like me you
39:29
just need to believe in me okay I'm
39:31
gonna sell this portfolio for thirteen
39:33
billion dollars we're gonna make
39:34
everybody's gonna make a bunch of money
39:36
you're gonna get distributed to every
39:38
month I get none of this if I'm paying
39:40
6% that I promise you I get none of that
39:42
I only get something above that okay if
39:46
I can do what I think I'm gonna do I'm
39:48
gonna send you guys back two million
39:50
dollars and I'm gonna keep one for

41

39:52
myself let's get rich and until we get
39:56
rich man what would you do with a
39:58
thousand bucks a month that's what I
39:59
want to know what would you do post
40:01
below what would you do with a thousand
40:03
dollars a month would you send it to
40:04
your mama would you send it to her
40:06
college would you pay your car down
40:07
would you pay for a car would you would
40:09
you go buy some Bitcoin what would you
40:11
do
40:12
I want to know from you post below hey
40:17
hey if you liked this video make sure
40:19
you go watch this video right now I'll
40:22
see you there
40:29
[Music]
40:37
[Music]