MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Phone:  (310) 789-3100
Fax:      (310) 789-3150

RAJ MATHUR (admitted *pro hac vice*)
rmathur@susmangodfrey.com
MORGAN MCCOLLUM (admitted *pro hac vice*)
mmccollum@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, Fl. 50
New York, NY 10001
Phone:  (212) 729-2051
Fax:      (212) 336-8340

Attorneys for Lead Plaintiff Christine Pino and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTINE PINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,<br><br>Defendants. | Case No. 2:20-cv-08499-JFW (KS)<br><br>**CLASS ACTION**<br><br>**CLASS PLAINTIFF'S NOTICE OF AMENDED MOTION AND AMENDED MOTION FOR CURATIVE NOTICE AND RELATED RELIEF**<br><br>**Hearing Date:** 08/03/2026<br>**Ctrm:** 7A<br>**Judge:** Hon. John F. Walter<br>**Mag. Judge:** Hon. Karen L. Stevenson<br>**Complaint Filed:** 9/16/2020<br>**Discovery Cutoff Date:** 11/16/2026<br>**Pretrial Conference Date:** 2/12/2027<br>**Trial Date:** 3/9/2027 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on August 3, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7A of the above-entitled court, located at 350 W. 1st Street, Los Angeles, CA 90012, Class Plaintiff will, and hereby does, move the Court for an order (1) deeming all opt-outs withdrawn and issuing corrective notice to the class; (2) authorizing the dissemination of a curative notice to former and current members of the Class, in the form proposed in Exhibit 1 to the McCollum Declaration; (3) barring Defendants from further communicating *ex parte* with Class Members beyond routine, investment communications (such as sending distribution payments and tax forms) and from making any social media posts about this case or class actions generally; (4) requiring Defendants to identify any investor of Fund V or Fund VI with whom they have contacted regarding this litigation or discussed, offered, or provided a buyout offer (or helped facilitate an "exchange of shares") since this Court granted Plaintiff's motion for class certification on March 27, 2026, and to produce any communications with those Class Members; (5) granting any other relief that the Court deems proper, including voiding any release of claims that Defendants negotiated in violation of this Court's order.

The Amended Motion is based on this Notice of Amended Motion, the Memorandum of Points and Authorities, the Declaration of Morgan McCollum and exhibits attached thereto, the Declaration of Roberto Lugo and attachments thereto, the pleadings, papers and records on file in this case, all matters of which this Court may take judicial notice, and such other documents and oral argument as may be presented at any hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 4, 2026, for which the parties filed a joint report to the Court on June 5, 2026, at Dkt. 252.

Dated: July 6, 2026                    Respectfully submitted by:

2

**SUSMAN GODFREY L.L.P.**

*/s/ Morgan McCollum*
MARC M. SELTZER (54534)
*mseltzer@susmangodfrey.com*
STEVEN SKLAVER (237612)
*ssklaver@susmangodfrey.com*
KRYSTA KAUBLE PACHMAN (280951)
*kpachman@susmangodfrey.com*
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax:    (310) 789-3150

RAJ MATHUR (admitted *pro hac vice*)
*rmathur@susmangodfrey.com*
MORGAN MCCOLLUM (admitted *pro hac vice*)
*mmccollum@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
Phone: (212) 729-2051
Fax:    (212) 336-8340

***Attorneys for Lead Plaintiff and the Class***

## CERTIFICATION REGARDING AI USE

The undersigned, counsel of record for Plaintiff and the Class, certifies that no Artificial Intelligence was used in the preparation of this motion.

*/s/ Raj Mathur*

Raj Mathur