# EXHIBIT 9

**Subject:** FW: Urgent Notice | Fund V and VI Investors
**Date:** Friday, July 3, 2026 at 10:00:57 AM Eastern Daylight Time
**From:** ▮▮▮▮▮▮
**To:** Raj Mathur

<mark>EXTERNAL Email</mark>

Hello Raj, ▮▮▮▮▮▮▮▮▮

-------- Original message --------
From: Cardone Capital <invest@cardonecapital.com>
Date: 7/1/26 2:59 PM (GMT-05:00)
To: ▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Urgent Notice | Fund V and VI Investors



Dear ▮▮▮▮

I'm writing regarding an email you may have received about your investment in Fund V and/or Fund VI.

**If you do nothing, you will be involved in the class action lawsuit, as discussed on the class action website.**

**If you Opt-Out, you will NOT be involved in this lawsuit.**

1 of 3

The email, dated on or around May 5, 2026, includes the subject line "Cardone Equity Fund V and VI Class Action Notice."

We've had a number of investors reach out with concerns about the legitimacy of the email, so we wanted to provide the following information.

1. The notice is not spam or fraud and requires your attention.

2. It was sent by a third-party administrator in connection with a class action involving Fund V and Fund VI, against which Mr. Cardone has been defending himself for nearly six years.

3. If you have not seen the notice, check your spam or junk folder.

4. Most importantly, **you have a choice in this matter.** You can either:

   1. **[Do nothing,](#) and you will continue to be included in the class action lawsuit, as discussed on the class action website**

   2. **[Opt out,](#) and you will not be involved in this lawsuit.**

Again, you have a choice in this matter — you can either **[opt out of the lawsuit](#)** or **[remain part of the suit](#)**. That is entirely your choice.

If you have questions about the lawsuit, you will find more information in the email sent to you.

If you want information about the investment or any of our upcoming opportunities, call the office at 305-407-0276 and speak to an Investor Relations professional.

Thank you for paying attention to this message.

Cardone Capital

Cardone Capital, 18851 NE 29th Ave STE 1000, Aventura, FL, 33180