# ATTACHMENT A

EXTERNAL Email

Best Regards,


Robert

Begin forwarded message:
From: Rob <robolugo@yahoo.com>
Date: May 4, 2026 at 9:22:59 AM EDT
To: Andres Fischborn <andres@cardonecapital.com>
Subject: Re: Official Cash Out Request Roberto Lugo
   Hi Andres.  I've not had any luck getting an answer via text for over a week so checking via email again. Please advise on status.

Best Regards,


Roberto
787-531-2880


On Apr 20, 2026, at 11:54 AM, Rob <robolugo@yahoo.com> wrote:
Perfect, I'll give you a call tomorrow at 2!  Thanks.

Best Regards,


Roberto


On Apr 20, 2026, at 11:45 AM, Andres Fischborn <andres@cardonecapital.com> wrote:

2 PM

On Mon, Apr 20, 2026 at 10:53 AM Rob <robolugo@yahoo.com> wrote:
Yes.  Anytime tomorrow works, just let me know what time works for you and where I should reach you.  Thanks.

Best Regards,


Roberto


On Apr 20, 2026, at 10:38 AM, Andres Fischborn <andres@cardonecapital.com> wrote:

How does tomorrow afternoon work for you?


ANDRES FISCHBORN
Investor Relations
Cardone Capital
18909 NE 29th ave
Aventura, FL 33180
Cell: (305)407-0276
Office:(786)774-5031
www.cardonecapital.com

Nothing contained herein shall constitute an offer to sell or solicitation of an offer. Any such offer will be made only to qualified investors pursuant to an offering document. This material has been prepared for the intended recipient and is for informational purposes only. Past performance is not an indication of future results. Investing involves risk and may result in partial or total loss. Prospective investors should consider carefully investment objectives, risks, charges and expenses, and should consult with a tax or legal adviser before making any investment decision. For additional information, visit www.cardonecapital.com/disclosures.


On Mon, Apr 20, 2026 at 9:32 AM Rob <robolugo@yahoo.com> wrote:
Good morning, Andres.  What time would be good for you to have the call?

Best Regards,


Roberto
787-531-2880


On Apr 16, 2026, at 4:15 PM, Andres Fischborn <andres@cardonecapital.com> wrote:

Let's circle up Monday on my schedule, I am going out of town today and tomorrow.

Thanks,

Andres

On Thu, Apr 16, 2026 at 3:59 PM Rob <robolugo@yahoo.com> wrote:
Sounds good, Andres.  What day and time works best for you?

Best Regards,

Roberto
787-531-2880


On Apr 16, 2026, at 3:52 PM, Invest at Cardone Capital <invest@cardonecapital.com> wrote:

There may be a possibility on that. Let's get on a call on this next week.

Thanks,

Andres

Cardone Capital
18909 NE 29th Ave
Aventura, FL 33180
Phone: (305) 407-0276
Fax: (310) 777-0256
www.cardonecapital.com


On Thu, Apr 16, 2026 at 2:51 PM Rob <robolugo@yahoo.com> wrote:
Hi Zac.  Would it be possible to offer my position at a discount to someone in the Cardone organization?  Since I don't see a feasible way of finding a buyer for my position.

Best Regards,


Roberto


On Apr 16, 2026, at 11:21 AM, Invest at Cardone Capital <invest@cardonecapital.com> wrote:

Hi Rob,

No, the fund term is 7-10 years with discretion. We are able to hold longer or sell sooner. It is up to the managers discretion to make the best decision for the investors.

If you do wish to exit sooner you are able to sell your position to a third party.

- Zac

Cardone Capital
18909 NE 29th Ave
Aventura, FL 33180
Phone: (305) 407-0276
Fax: (310) 777-0256

www.cardonecapital.com

On Thu, Apr 16, 2026 at 9:53 AM Rob <robolugo@yahoo.com> wrote:
Thanks.  So this request to cash out would be accepted once I get to the 10 year anniversary of the initial investment?  7/1/2029?

Best Regards,


Roberto


On Apr 16, 2026, at 9:47 AM, Invest at Cardone Capital <invest@cardonecapital.com> wrote:

Hey Rob,

The initial term is 7-10 years from then initial investment which was on 7/01/2019. Please let me know if there is anything else I can assist you with.

Best,
Matthew R

Cardone Capital
18909 NE 29th Ave
Aventura, FL 33180
Phone: (305) 407-0276
Fax: (310) 777-0256
www.cardonecapital.com
www.grantcardone.com

Cardone Capital
18909 NE 29th Ave
Aventura, FL 33180
Phone: (305) 407-0276
Fax: (310) 777-0256
www.cardonecapital.com


On Thu, Apr 16, 2026 at 9:34 AM Rob <robolugo@yahoo.com> wrote:
Hi Matthew, how long is the initial term period and what date would I be eligible for this cash out?
  Thanks.

Best Regards,

Roberto

On Apr 16, 2026, at 9:21 AM, Invest at Cardone Capital <invest@cardonecapital.com> wrote:

Dear Rob,
We have received and reviewed your return of capital request. We are unable to authorize your request because the fund is still within its initial term as outlined in the Operating Agreement. You do have the option to independently sell your membership interest. Once you have completed your own Purchase and Sale agreement and have completed required documents we will finalize the transfer at the end of the quarter.
Please be advised that Cardone Capital is not permitted to aid you in locating a buyer for your membership interests and is required to approve the buyer. Once you have located a buyer, we will send an investor questionnaire to your buyer to approve them as an investor.
As always, we greatly appreciate you as a valued investor.
Matthew R
Cardone Capital
18909 NE 29th Ave
Aventura, FL 33180
Phone: (305) 407-0276
Fax: (310) 777-0256
www.cardonecapital.com

On Wed, Apr 15, 2026 at 1:12 PM Rob <robolugo@yahoo.com> wrote:
   Good afternoon.  2026 is my 8th year with Cardone Capital investment and I am needing to opt out / cash out my current equity of just over $21k.  Please advise what needs to be done to make this happen.  Thank you.

Best Regards,

Roberto Lugo
787-531-2880

--

Andres Fischborn
Director of Investor Relations | Cardone Capital
Mobile:  (305) 407-0276

Site:  CardoneCapital.com

Email:  Andres@CardoneCapital.com

Nothing contained herein shall constitute an offer to sell or solicitation of an offer nor a recommendation to buy or sell any securities. Any such offer will be made only to qualified investors pursuant to an offering document. This material has been prepared for the intended recipient and is for informational purposes only. Past performance is not an indication of future results. Any valuations, forecasts, estimates, opinions, projections, and other forward-looking statements contained herein involve elements of subjective judgment, analysis, and predictions concerning events which have not yet occurred. Actual results will vary from the projections and such variations may be material. Investing involves risk and may result in partial or total loss. Prospective investors should consider carefully investment objectives, risks, charges and expenses, and should consult with a tax, legal and/or financial adviser before making any investment decision. For additional information, visit https://www.cardonecapital.com/disclosures.

E-MAIL CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information that is exempt from disclosure under applicable international, federal or state law. If you are not the intended recipient of this message or their authorized agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, distribution, or storage of this message or its attachment(s) is strictly prohibited.

Nothing contained herein shall constitute an offer to sell or solicitation of an offer nor a recommendation to buy or sell any securities. Any such offer will be made only to qualified investors pursuant to an offering document. This material has been prepared for the intended recipient and is for informational purposes only. Past performance is not an indication of future results. Any valuations, forecasts, estimates, opinions, projections, and other forward-looking statements contained herein involve elements of subjective judgment, analysis, and predictions concerning events which have not yet occurred. Actual results will vary from the projections and such variations may be material. Investing involves risk and may result in partial or total loss. Prospective investors should consider carefully investment objectives, risks, charges and expenses, and should consult with a tax, legal and/or financial adviser before making any investment decision. For additional information, visit https://www.cardonecapital.com/disclosures.

E-MAIL CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information that is exempt from disclosure under applicable international, federal or state law. If you are not the intended recipient of this message or their authorized agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, distribution, or storage of this message or its attachment(s) is strictly prohibited.

--

Andres Fischborn
Director of Investor Relations | Cardone Capital
Mobile:  (305) 407-0276

Site:  CardoneCapital.com

Email:  Andres@CardoneCapital.com

Nothing contained herein shall constitute an offer to sell or solicitation of an offer nor a recommendation to buy or sell any securities. Any such offer will be made only to qualified investors pursuant to an offering document. This material has been prepared for the intended recipient and is for informational purposes only. Past performance is not an indication of future results. Any valuations, forecasts, estimates, opinions, projections, and other forward-looking statements contained herein involve elements of subjective judgment, analysis, and predictions concerning events which have not yet occurred. Actual results will vary from the projections and such variations may be material. Investing involves risk and may result in partial or total loss. Prospective investors should consider carefully investment objectives, risks, charges and expenses, and should consult with a tax, legal and/or financial adviser before making any investment decision. For additional information, visit https://www.cardonecapital.com/disclosures.

E-MAIL CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information that is exempt from disclosure under applicable international, federal or state law. If you are not the intended recipient of this message or their authorized agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email

and then delete this message. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, distribution, or storage of this message or its attachment(s) is strictly prohibited.