**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 20-8499-JFW(KSx)**                                    Dated: July 27, 2026

Title:        Christine Pino -v- Cardone Capital, LLC, et al.

---

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                              **None Present**
   **Courtroom Deputy**                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                            None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER RE: PLAINTIFF'S CONTEMPLATED MOTION FOR SANCTIONS**

        The Court has reviewed the Joint Report on Local Rule 7-3 Conference of Counsel ("Joint Report"), filed July 25, 2026 (Docket No. 262).  The Court has neither the time nor the resources to adjudicate the type of trivial dispute described in the Joint Report.  Counsel are expected to resolve such matters without judicial intervention whenever possible.  Plaintiff's counsel shall not file the contemplated sanctions motion unless and until counsel have conducted a further meaningful meet-and-confer regarding the factual and legal basis for the motion and the relief sought, and the Court has granted leave to file the motion. Failure to comply with this Order will result in the striking of motion.

        IT IS SO ORDERED.

Initials of Deputy Clerk __sr__