UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:20-cv-08499-JFW-KSx Date: August 19, 2026

Title *Christine Pino v. Cardone Capital, LLC et al.*

---

**Present**: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| T. Snyder for K. Hays | C/S 8/19/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| Raj Mathur, Esq. | Brandon R. Keel, Esq.<br>Joseph N. Akrotirianakis, Esq. |

**Proceedings: (IN CHAMBERS) MINUTES OF INFORMAL DISCOVERY CONFERENCE [DKT. NO. 266]**

On August 19, 2026, the Court held an Informal Discovery Conference telephonically. Public access to proceeding available in Courtroom 580. Case is called. Counsel make their appearances.

A dispute has arisen between the parties concerning whether Defendant Grant Cardone must produce documents and sworn discovery from a Florida lawsuit that Cardone filed for defamation against the former CEO of T-Mobile, John Legere. Plaintiff argues that in the defamation action, which has since settled, Mr. Legere made certain statements about the validity of claims and allegations related to the securities at issue in this case. Plaintiff has requested that Cardone produce certain documents and sworn discovery from the *Legere* action that may relate to this lawsuit.

Defendant maintains that the documents and testimony from the unrelated *Legere* action are irrelevant and disproportionate to the needs of this case. Defendant also argues that there is no basis to compel production of the requested materials because the claims and defenses at issue in

the *Legere* action were entirely different from those at issue here. Thus, Defendant contends the *Legere* documents would be neither relevant nor proportionate to the needs of this case.

After hearing the statements and arguments of counsel, the Court concludes that briefing would be useful to resolve this discovery dispute. The Court directs the parties to brief the *Legere* production issue by regularly noticed motion in accordance with the Court's Local Rules. The parties are relieved of their obligations under Local Rule 37-2. The parties shall notice the hearing on the motion in accordance with the Court's procedures and schedules found on the Court's website at https://apps.cacd.uscourts.gov/Jps/honorable-karen-l-stevenson.

| | |
|---|---|
| | :35 |
| **Initials of Preparer** | ts |