JOSEPH N. AKROTIRIANAKIS (SBN 197971)
*jakro@kslaw.com*
LISA BUGNI (SBN 323962)
*lbugni@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

BRANDON R. KEEL (*pro hac vice*)
*bkeel@kslaw.com*
KING & SPADING LLP
1180 Peachtree Street N.E., Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendants
CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CHRISTINE PINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,<br><br>Defendants. | Case No. 2:20-cv-08499-JFW (KS)<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT REPORT ON LOCAL RULE 7-3 CONFERENCE OF COUNSEL**<br><br>**Ctrm:** 580<br>**Judge:** Hon. John F. Walter<br>**Mag. Judge:** Hon. Karen L. Stevenson<br><br>**Discovery Cutoff Date:** 11/16/2026<br>**Pretrial Conference Date:** 2/12/2027<br>**Trial Date:** 3/3/2027<br>**Complaint Filed:** 9/16/2020 |

**JOINT REPORT ON LOCAL RULE 7-3 CONFERENCE OF COUNSEL**

Pursuant to Paragraph 5(b) of the Court's Second Amended Standing Order entered in this case (Doc. No. 160), Court-appointed Class Plaintiff Christine Pino ("Plaintiff") and Defendants Cardone Capital, LLC, Grant Cardone, Cardone Equity Fund V, LLC, and Cardone Equity Fund VI, LLC ("Defendants" and collectively with Plaintiff, the "Parties") submit this Joint Report regarding their Local Rule 7-3 Conference of Counsel concerning the Parties' anticipated cross-motions for summary judgment. This joint report is submitted within the timeframe required by the Court's Standing Order.

Counsel for the Parties participated in a Local Rule 7-3 conference on August 24, 2026. Marc Seltzer and Raj Mathur, Esqs., attended for the Class, and Joseph N. Akrotirianakis and Brandon Keel, Esqs., attended for Defendants. The conference was conducted by videoconference, as the four participants were in different locations at the time of the conference and two were outside the Central District of California in New York and Atlanta, respectively. The conference lasted approximately thirty minutes.

In advance of the conference, the Parties exchanged the legal authorities upon which they expect to rely in support of their respective motions. During the conference, counsel explained the bases for their respective anticipated motions. Plaintiff stated that she intends to oppose Defendants' motion, and Defendants stated that they intend to oppose Plaintiff's motion.

By their signatures below, counsel for the Parties agree that they have complied with their conferencing obligations under Local Rule 7-3.

Dated: August 26, 2026

Respectfully submitted by:

SUSMAN GODFREY L.L.P.

*/s/ Marc M. Seltzer*
MARC M. SELTZER (54534)
*mseltzer@susmangodfrey.com*
STEVEN SKLAVER (237612)
*ssklaver@susmangodfrey.com*
KRYSTA KAUBLE PACHMAN (280951)
*kpachman@susmangodfrey.com*
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

RAJ MATHUR (admitted *pro hac vice*)
*rmathur@susmangodfrey.com*
MORGAN MCCOLLUM (admitted *pro hac vice*)
*mmccollum@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
Phone: (212) 729-2051
Fax: (212) 336-8340

Class Counsel

KING & SPALDING LLP

*/s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS (SBN 197971)
*jakro@kslaw.com*
LISA BUGNI (SBN 323962)
*lbugni@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Phone: (213) 443-4355
Fax: (213) 443-4310

BRANDON R. KEEL (*pro hac vice*)
*bkeel@kslaw.com*
KING & SPADING LLP
1180 Peachtree Street N.E., Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendants

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

I, Joseph N. Akrotirianakis, certify that I am the ECF User whose identification and password are being used to file the Joint Report on Local Rule 7-3 Conference of Counsel. In compliance with Local Rule 5-4.3.4., I hereby attest that each of the signatories above has concurred in this filing.

Dated: August 26, 2026

*/s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS