MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

RAJ MATHUR (admitted *pro hac vice*)
rmathur@susmangodfrey.com
MORGAN MCCOLLUM (admitted *pro hac vice*)
mmccollum@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, Fl. 50
New York, NY 10001
Phone: (212) 729-2051
Fax: (212) 336-8340

Attorneys for Lead Plaintiff Christine Pino and the Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CHRISTINE PINO, on behalf of herself and all others similarly situated,

Plaintiff,

v.

CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,

Defendants.

Case No. 2:20-cv-08499-JFW (KS)

**DISCOVERY MATTER**

**CLASS ACTION**

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO RFP NO. 97**
*****AS MODIFIED BY THE COURT**

Discovery Cutoff Date: 11/16/2026
Pretrial Conference Date: 2/12/2027
Trial Date: 3/9/2027

Before the Court is Plaintiff Christine Pino's motion to compel the production of documents responsive to RFP No. 97 from Defendants Cardone Capital, LLC, Grant Cardone, Cardone Equity Fund V, LLC, and Cardone Equity Fund VI, LLC ("Defendants"). Having considered the parties' briefing and the applicable law, the Court GRANTS Plaintiff's motion. The Court finds that the information sought is relevant to the claims and defenses at issue in the case and proportionate to the needs of the case. Fed. R. Civ. P. 26(b)(1).

Defendants are hereby ORDERED to produce all documents and communications responsive to RFP 97 by no later than November **16**, 2026.

IT IS SO ORDERED.

Dated: November 13, 2026

The Honorable Karen L. Stevenson
United States Magistrate Judge