JOSEPH N. AKROTIRIANAKIS (SBN 197971)
*jakro@kslaw.com*
LISA BUGNI (SBN 323962)
*lbugni@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

BRANDON R. KEEL (*pro hac vice*)
*bkeel@kslaw.com*
KING & SPALDING LLP
1180 Peachtree Street N.E., Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendants
CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CHRISTINE PINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDONE CAPITAL, LLC, GRANT CARDONE, CARDONE EQUITY FUND V, LLC, and CARDONE EQUITY FUND VI, LLC,<br><br>Defendants. | Case No. 2:20-cv-08499-JFW (KS)<br><br>**CLASS ACTION**<br><br>**JOINT REPORT ON LOCAL RULE 7-3 CONFERENCE OF COUNSEL**<br><br>**Ctrm:** 580<br>**Judge:** Hon. John F. Walter<br>**Mag. Judge:** Hon. Karen L. Stevenson<br><br>**Discovery Cutoff Date:** 11/16/2026<br>**Pretrial Conference Date:** 2/12/2027<br>**Trial Date:** 3/9/2027<br>**Complaint Filed:** 9/16/2020 |

**JOINT REPORT ON LOCAL RULE 7-3 CONFERENCE OF COUNSEL**

Pursuant to Paragraph 5(b) of the Court's Second Amended Standing Order entered in this case (Doc. No. 160), Plaintiff Christine Pino ("Plaintiff") and Defendants Cardone Capital, LLC, Grant Cardone, Cardone Equity Fund V, LLC, and Cardone Equity Fund VI, LLC ("Defendants" and collectively with Plaintiff, the "Parties") submit this Joint Report regarding their Local Rule 7-3 Conference of Counsel concerning Defendants' anticipated motion for review of Chief Magistrate Judge Stevenson's November 13, 2026, Order Granting Plaintiff's Motion to Compel Documents Responsive to RFP No. 97 (Dkt. 305) ("Order").

Counsel for the Parties participated in a Local Rule 7-3 conference on November 20, 2026. Marc Seltzer and Raj Mathur, Esqs., attended for Plaintiff and the Class, and Joe Akrotirianakis and Brandon Keel attended for Defendants. The conference was conducted by videoconference, as the four participants were in different locations at the time of the conference, including two located outside of California in New York and Atlanta. The conference lasted approximately ten minutes.

During the conference, counsel for Defendants stated Defendants' intention to seek this Court's review of the Order pursuant to Federal Rule of Civil Procedure 72(a), Local Rule 72-2.1, and Section 4(a) of the Standing Order. As Defendants' counsel explained, Defendants submit that the Order is clearly erroneous and contrary to law for the same reasons Defendants explained in opposing Plaintiff's motion to compel. *See* Dkt. 291. Specifically, Defendants contend the Order is clearly erroneous and contrary to law because Chief Magistrate Judge Stevenson lacked authority to grant relief this Court already denied, and the Order compels discovery that is neither relevant nor proportional under Rule 26. Moreover, Plaintiff can obtain any communications she claims are relevant from her own clients. After Defendants' counsel explained their anticipated bases for seeking review, Plaintiff's counsel stated that Plaintiff disagrees with Defendants' position and intends to oppose the

motion, including for the reasons stated in her earlier briefing (Dkt. Nos. 284, 294, 315) and because Defendants have not satisfied the stringent standard for reversing the Magistrate Judge's ruling.

The Parties were unable to resolve these issues. Accordingly, Defendants intend to file a motion for review of the Order on the grounds discussed above. Defendants' counsel further explained that Defendants will notice their motion for review on the first available hearing date.

By their signatures below, counsel for the Parties agree that they have complied with their conferencing obligations under Local Rule 7-3.

Dated: November 22, 2026

Respectfully submitted by:

SUSMAN GODFREY L.L.P.

/s/ Raj Mathur
MARC M. SELTZER (54534)
*mseltzer@susmangodfrey.com*
STEVEN SKLAVER (237612)
*ssklaver@susmangodfrey.com*
KRYSTA KAUBLE PACHMAN (280951)
*kpachman@susmangodfrey.com*
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
Fax: (310) 789-3150

RAJ MATHUR (admitted *pro hac vice*)
*rmathur@susmangodfrey.com*
MORGAN MCCOLLUM (admitted *pro hac vice*)
*mmccollum@susmangodfrey.com*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
Phone: (212) 729-2051
Fax: (212) 336-8340

Attorneys for Plaintiff and the Class

KING & SPALDING LLP

/s/ Joseph N. Akrotirianaki
JOSEPH N. AKROTIRIANAKIS (SBN 197971)
*jakro@kslaw.com*
LISA BUGNI (SBN 323962)
*lbugni@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Phone: (213) 443-4355
Fax: (213) 443-4310

BRANDON R. KEEL (*pro hac vice*)
*bkeel@kslaw.com*
KING & SPALDING LLP
1180 Peachtree Street N.E., Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendants

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

I, Joseph N. Akrotirianakis, certify that I am the ECF User whose identification and password are being used to file the Joint Report on Local Rule 7-3 Conference of Counsel. In compliance with Local Rule 5-4.3.4, I hereby attest that each of the signatories above has concurred in this filing.

Dated: November 22, 2026

*/s/ Joseph N. Akrotirianaki*
JOSEPH N. AKROTIRIANAKIS