**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS PINO, et al.<br>PLAINTIFF(S)<br>v.<br>CARDONE CAPITAL, LLC, et al.<br>DEFENDANT(S). | CASE NUMBER<br>2:20−cv−08499−JFW−KS<br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Telephonic

Magistrate Judge: Karen L. Stevenson

Date/Time: November 25, 2026 at 10:00 AM
November 25, 2026 at 10:00 AM

Courtroom: 580

November 23, 2026
Date

By /s/ *Artra W Rice−Nelson*
Deputy Clerk